State *ex rel.* C. A. Howell, Plaintiff in Error, v. J. B. Boatright, *et al.*, Defendants in Error.

Writ of error to a Judgment of the Circuit Court for La-Fayette County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

C. C. Howell, for Plaintiff in Error;

J. M. Gornto, for Defendants in Error.

———

State *ex rel.* A. H. Bell, Plaintiff in Error, v. E. D. Prevatt, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Clay County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Thomas B. Adams, for Plaintiff in Error;

Carter & McCollum, for Defendant in Error.

———

State *ex rel.*, A. H. Bell, Relator, v. Donald Durham, *et al.*, Respondents.

Original Proceeding.

Petition for an alternative writ of mandamus denied by the Court.

Thoms B. Adams, for Relators.